

*(handwritten, top right)* SDNY/ New York City
01-cv-3346
Goldman Edenbaum

# MANDATE

# United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

---

## JUDGMENT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 31st day of January, two thousand seven.

Before:      Hon. Dennis Jacobs, *Chief Judge*
             Hon. John M. Walker,
                  *Circuit Judges*
             Hon. Sandra Day O'Connor,
                  *Associate Justice Retired*

*(seal:)* UNITED STATES COURT OF APPEALS
FILED
JAN 3 1 2007
Thomas Asreen, Acting Clerk
SECOND CIRCUIT

Docket No. 05-5805-cv

---

JOHN LATTANZIO, HERBERT BLACK, PETER C. KORNMAN, MARY CHEASTY KORNMAN, HAROLD G. GOVE, HAROLD LEVINSON, on behalf of themselves and all others similarly situated,

Consolidated-Plaintiffs-Appellants,

- v.-

DELOITTE & TOUCHE LLP.          Defendant-Appellee,

WARNACO GROUP INC., LINDA WACHNER, WILLIAM S. FINKELSTEIN, STANLEY P. SILVERSTEIN,

Defendants.

---

Appeal from the United States District Court for the Southern District of New York.

This cause came on to be heard on the transcript of record from the United States District Court for the Southern District of New York and was argued by counsel.

On consideration whereof, IT IS HEREBY ORDERED, ADJUDGED, and DECREED that the judgment of said district court be and it hereby is AFFIRMED in accordance with the opinion of this court.

A TRUE COPY
Thomas W. Asreen, Acting Clerk

by *(signature)*
DEPUTY CLERK

Issued as Mandate: 3/5/07.

FOR THE COURT:
THOMAS ASREEN, Acting Clerk
by *(signature)*

Arthur M. Heller
Motions Staff Attorney

---

* The Honorable Sandra Day O'Connor, Associated Justice Retired of the Supreme Court of the United States, sitting by designation pursuant to 28 U.S.C. § 294 (A).